## MITCHELL v. THE STATE.

(Decided April 25, 1914.)

APPEAL from Dallas Circuit Court.

Heard before Hon. B. M. MILLER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Abated by death of appellant.

---

## MEYERS, ET AL. v. JASPER COAL & COKE CO

(Decided April 21, 1914.)

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

No counsel marked for either party.

Per curiam. Affirmed.

---

## NEW TAXICAB CO. v. WILLIAM WISE CO.

(Decided April 21, 1914.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

BURGIN, JENKINS & BROWN, for appellant. A. LEO OBERDORFER, for appellee.

Per curiam. Dismissed for want of prosecution.